IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID VANGASSBECK and LORI VANGASSBECK,<br><br>      Plaintiff,<br><br>-v-<br><br>AMERICAN HONDA FINANCE CORPORATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION, LLC,<br><br>      Defendants. | Civil Case Number: **3:19-cv-13984-FLW-DEA** |

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT all claims asserted against all Defendants in Civil Action No. **3:19-cv-13984-FLW-DEA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 24th **day of** January, 2020.

_____
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE